

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00558-CR

VERNON KING DIXON
v.
THE STATE OF TEXAS

On Appeal from the
187th District Court of Bexar County, Texas
Trial Court Cause No. 2022CR9807

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgments of the trial court should be affirmed. The Court orders the judgments of the trial court AFFIRMED.

We further order this decision certified below for observance.

June 18, 2025